IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 4:99CR70105 |
| v. ) | |
| ) | |
| ANTHONY CHARLES BROWN, ) | **ORDER** |
| ) | |
| Defendant. ) | |
| ) | By: Jackson L. Kiser |
| ) | Senior United States District Judge |
| ) | |

Before me is Defendant's *Motion to Dismiss Superseding Indictment*. For the reasons given in the accompanying *Memorandum Opinion*, Defendant's *Motion to Dismiss the Superseding Indictment* is **DENIED**.

The Clerk is directed to send a copy of this *Order* and the accompanying *Memorandum Opinion* to all counsel of record.

Entered this 7th day of October, 2008.

                                                           s/Jackson L. Kiser
                                                           Senior United States District Judge